

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. WR-82,772-01; WR-82,772-02; WR-82,772-03

### EX PARTE DONALD LEE GRAY, Applicant

### ON APPLICATION FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 241-2622-06-A; 241-2620-06-A; 241-2621-06-A
### IN THE 241ST DISTRICT COURT FROM SMITH COUNTY

YEARY, J., filed a dissenting opinion.

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).

FILED: February 24, 2016
DO NOT PUBLISH